# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-1033** | **September Term, 2021** |
| | EPA-85FR74890 |
| | **Filed On:** January 12, 2022 |

State of New Jersey, et al.,

      Petitioners

      v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 21-1039

_____

| | |
|---|---|
| **No. 21-1259** | **September Term, 2021** |
| | EPA-85FR74890 |
| | EPA-86FR57585 |

Environmental Defense Fund, et al.,

      Petitioners

      v.

Environmental Protection Agency and Michael S. Regan, in his capacity as Administrator of the U.S. Environmental Protection Agency,

      Respondents

**O R D E R**

      Upon consideration of petitioners' unopposed motion to consolidate and hold in abeyance, it is

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 21-1033**                  **September Term, 2021**

**ORDERED** that the motion be granted, and the above-captioned cases are hereby consolidated. Newly consolidated case No. 21-1259 is hereby held in abeyance pursuant to the order filed November 15, 2021 in No. 21-1033, et al. The deadline of February 10, 2022, to file motions to govern future proceedings remains in effect.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
          Amanda Himes
          Deputy Clerk