# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Environmental Defense Fund, et al.,<br><br>Petitioners,<br><br>v.<br><br>U.S. Environmental Protection Agency, et al.<br><br>Respondents. | Case No. 18-1149 (consol. with Nos. 21-1033, 21-1039, and 21-1259) |

**Joint Motion to Govern**

As stated in Petitioners' August 1, 2025, unopposed motion to govern, Doc. No. 2128428, the parties—Environmental Petitioners,[1] State Petitioners,[2] and Respondents U.S. Environmental Protection Agency and Administrator Lee Zeldin (collectively, "EPA")—file this joint motion to govern. Specifically, the parties request that the Court (1) consolidate Case No. 25-1176 with this matter and (2) grant the parties' proposed schedule and format for briefing these cases. The

---

[1] Environmental Petitioners consist of Environmental Defense Fund, Environmental Integrity Project, Natural Resources Defense Council, and Sierra Club in Case Nos. 18-1149, 21-1039, 21-1259.

[2] State Petitioners consist of the States of State of New Jersey, State of Maryland, Commonwealth of Massachusetts, State of Minnesota, State of Oregon, State of Washington, and the District of Columbia in Case No. 21-1033.

1

parties have conferred with movant Respondent-Intervenors in Case Nos. 18-1149, 21-1033, 21-1259 who consent to these requests.

Petitioners seek review of four related actions under the Clean Air Act. This Court consolidated challenges to the first three actions: (1) EPA's memorandum titled "Project Emissions Accounting Under the New Source Review Preconstruction Permitting Program," 83 Fed. Reg. 13745 (Mar. 30, 2018); (2) EPA's rule "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting," 85 Fed. Reg. 74890 (Nov. 24, 2020); and (3) EPA's action "Denial of Petition for Reconsideration and Administrative Stay: 'Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting,'" 86 Fed. Reg. 57585 (Oct. 18, 2021). On August 18, 2025, Petitioners challenged EPA's withdrawal of the proposed rule titled "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Regulations Related to Project Emissions Accounting," 90 Fed. Reg. 34206 (July 21, 2025). *See EDF v. EPA*, No. 25-1176 (D.C. Cir.). Given that this latest challenge relates to the actions challenged in these consolidated cases, the parties respectfully request that the Court consolidate Case No. 25-1176 with these cases for efficient briefing and resolution of the matter.

Relatedly, the parties and movant Respondent-Intervenors have negotiated a schedule and format for consolidated briefing of all four challenges:

| Filing | Date due | Words |
|---|---|---|
| Petitioners' initial submissions (docketing statement, certificate as to parties, statement of issues, underlying decision, deferred appendix statement, any procedural or dispositive motions) | Monday, September 15, 2025 | n/a |
| EPA's initial submissions (certified index, any procedural or dispositive motions) | Monday, September 15, 2025 | n/a |
| Petitioners' opening briefs | Friday, November 14, 2025 | 13,000 words, shared between 2 briefs |
| Respondents' answering brief | Monday, January 26, 2026 | 13,000 words |
| Respondent-Intervenors' briefs | Thursday February 5, 2026 | 9,100 words, shared by all respondent-intervenors |
| Petitioners' replies | Friday, March 6, 2026 | 6,500 words, shared between 2 briefs |
| Deferred appendix | Friday, March 20, 2026 | n/a |
| Final briefs due | Friday, March 27, 2026 | n/a |

The proposed briefing intervals reflect multiple factors for which the parties and movant Respondent-Intervenors have accounted, including: the time needed for EPA to obtain necessary management approvals at the Justice Department and EPA, federal holidays, counsel's other work commitments, and counsel's leave schedules.

In terms of briefing format, the parties agree and propose that the default word limits under the Federal Rules of Appellate Procedure 32 and D.C. Circuit Rule 32 are appropriate for all briefs. And the parties agree that State Petitioners and Environmental Petitioners should have separate briefs. State Petitioners are sovereign governmental entities representing interests necessarily broader than, and distinct from, Environmental Petitioners. *See* D.C. Cir. Rule 28(d)(4)& 29(d) (exempting governmental entities from obligations to file single briefs).

\* \* \*

For these reasons, the parties request that the Court consolidate Case No. 25-1176 with this matter and enter their proposed briefing schedule and format as set forth above.

Dated: August 29, 2025

                                              Adam R.F. Gustafson
Acting Assistant Attorney General

/s/ *Jin Hyung Lee*
Jin Hyung Lee
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2640
Jin.hyung.lee@usdoj.gov

/s/ *Sanjay Narayan*
Sanjay Narayan
Sierra Club
Environmental Law Program

2101 Webster St., Ste. 1300
Oakland, CA 94612
(415) 977-5769
sanjay.narayan@sierraclub.org

*Counsel for Sierra Club*

Keri N. Powell
Southern Environmental Law Center
10 10th Street NW, Suite 1050
Atlanta, GA 30309
(917) 573-8853
kpowell@selc.org

*Counsel for Sierra Club and Environmental Integrity Project*

John Walke
Emily Davis
Natural Resources Defense Council
1152 15th St., NW, Ste. 300
Washington, D.C. 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org

*Counsel for Natural Resources Defense Council*

Vickie L. Patton
Surbhi Sarang
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7214
vpatton@edf.org
ssarang@edf.org

*Counsel for Environmental
Defense Fund*

FOR THE STATE OF NEW JERSEY
MATTHEW J. PLATKIN
Attorney General

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
Tel: (609) 376-2745 Email:
Lisa.Morelli@law.njoag.gov

FOR THE DISTRICT OF COLUMBIA

BRIAN SCHWALB
CHIEF LEGAL OFFICER

*/s/ Chloe Pan*
CHLOE PAN
OFFICE OF THE SOLICITOR GENERAL
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
400 5th STREET, NW, SUITE 8100
WASHINGTON, D.C. 20001
(202) 724-1545
chloe.pan@dc.gov

| | |
|---|---|
| FOR THE STATE OF MARYLAND | FOR THE STATE OF MINNESOTA |

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 ST. PAUL PLACE, 20th FLOOR
BALTIMORE, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us
*COUNSEL FOR THE STATE OF MARYLAND*

FOR THE STATE OF MASSACHUSETTS

ANDREA CAMPBELL
ATTORNEY GENERAL

*/s/ Jillian Meade Riley*
JILLIAN MEADE RILEY
ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MA 02102-1598
(617)963-2424
jillian.riley@mass.gov
*COUNSEL FOR THE COMMONWEALTH OF MASSACHUSETTS*

FOR THE STATE OF MINNESOTA

KEITH ELLISON
ATTORNEY GENERAL

*/s/ Peter Surdo*
PETER SURDO
SPECIAL ASSISTANT
ATTORNEY GENERAL
MINNESOTA OFFICE OF THE ATTORNEY GENERAL
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us
*COUNSEL FOR THE STATE OF MINNESOTA*

FOR THE STATE OF OREGON

DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
ATTORNEY-IN-CHARGE
STEVE NOVICK
SPECIAL ASSISTANT
ATTORNEY GENERAL
NATURAL RESOURCES SECTION
OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE3
SALAM, OR 97301-4096
(503) 947-4593
paul.garrahan@doj.state.or.us
steve.novick@doj.state.or.us
*COUNSEL FOR THE STATE OF OREGON*

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 40117
OLYMPIA, WA 98504
(360) 586-4614
chris.reitz@atg.wa.gov
*ATTORNEYS FOR THE STATE OF WASHINGTON*

**Certificates of Compliance and Service**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this filing complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 601 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on August 29, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

*/s/ Jin Hyung Lee*
Jin Hyung Lee
