# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL INTEGRITY PROJECT, NATURAL RESOURCES DEFENSE COUNCIL, and SIERRA CLUB,<br><br>   *Petitioners*,<br><br> v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>   *Respondents*. | Case No. 18-1149 (consolidated with 21-1033, 21-1039 & 21-1259) |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the schedule proposed in the parties' Joint Motion to Govern (Doc. 2132586), filed on August 29, 2025, petitioners Environmental Defense Fund, Environmental Integrity Project, Natural Resources Defense Council, and Sierra Club submit the following Certificate as to Parties, Rulings, and Related Cases.

1

A. **PARTIES**

The parties, amici, and entities that intervened and will participate in these consolidated proceedings are as follows:

Petitioners:

18-1149: Environmental Defense Fund, Natural Resources Defense Council, and Sierra Club.

21-1033: New Jersey, Maryland, Minnesota, Oregon, Washington, Massachusetts, Pennsylvania, District of Columbia

21-1039, 21-1259: Environmental Defense Fund, Environmental Integrity Project, Natural Resources Defense Council, and Sierra Club

Respondents:

18-1149, 21-1033, 21-1039, 21-1259: Environmental Protection Agency and Lee M. Zeldin

Intervenor-Applicants:

18-1149: Air Permitting Forum, Chamber of Commerce of the United States of America, National Association of Manufacturers, American Chemistry Council, American Coke and Coal Chemicals

Institute, American Forest and Paper Association, American Fuel and Petrochemical Manufacturers, American Iron and Steel Institute, American Petroleum Institute, American Wood Council, Auto Industry Forum, Brick Industry Association, Council of Industrial Boiler Owners, Fertilizer Institute, Portland Cement Association, Utility Air Regulatory Group, and National Development Association's Clean Air Project.

21-1033 & 21-1039: Air Permitting Forum, American Chemistry Council, American Coke and Coal Chemicals Institute, American Forest and Paper Association, American Fuel and Petrochemical Manufacturers, American Iron and Steel Institute, American Petroleum Institute, American Wood Council, Auto Industry Forum, Council of Industrial Boiler Owners, Portland Cement Association.

Amici:

There are presently no amici.

## B. RULINGS UNDER REVIEW

The petitioners in Case No. 18-1149 seek review of EPA's memorandum titled "Project Emissions Accounting Under the

New Source Review Preconstruction Permitting Program," published at 83 Fed. Reg. 13,745 (Mar. 30, 2018).

The petitioners in Cases No. 21-1033 and 21-1039 seek review of EPA's rule titled "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting," 85 Fed. Reg. 74,890 (Nov. 24, 2020).

The petitioners in Case No. 21-1259 seek review of EPA's action titled "Denial of Petition for Reconsideration and Administrative Stay: 'Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting,'" published at 88 Fed. Reg. 57,585 (Oct. 18, 2021).

## C. RELATED CASES

The actions under review in these consolidated cases have not previously been before this Court or any other court. *Environmental Defense Fund v. EPA,* Case No. 25-1176, raises issues that are substantially the same as those in these consolidated cases. The parties have moved to consolidate that case with these cases in their Joint Motion to Govern, filed on August 29, 2025 (Doc. 2132586). Counsel for

petitioners in Case Nos. 18-1149, 21-1039, and 21-1259 are unaware of any other currently pending related cases, aside from Case No. 21-1033, within the meaning of DC Circuit Rule 28(a)(1)(C).

Respectfully submitted,

*/s/ Sanjay Narayan*

Sanjay Narayan
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
(415) 977-5769
sanjay.narayan@sierraclub.org

*Counsel for Sierra Club*

Keri N. Powell
Southern Environmental Law Center
10 10th Street NW, Suite 1050
Atlanta, GA 30309
(917) 573-8853
kpowell@selc.org

*Counsel for Sierra Club and Environmental Integrity Project*

Vickie L. Patton
Surbhi Sarang
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7214
vpatton@edf.org
ssarang@edf.org

*Counsel for Environmental Defense Fund*

John Walke
Emily Davis
Natural Resources Defense Council
1152 15th St., NW, Ste. 300
Washington, D.C. 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org

*Counsel for Natural Resources Defense Council*

Dated: September 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2025, the foregoing Certificate as to Parties, Rulings, and Related Cases has been served on all registered counsel through the Court's electronic filing system (ECF).

Respectfully submitted,

*/s/Sanjay Narayan*
Sanjay Narayan
