ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL INTEGRITY PROJECT, NATURAL RESOURCES DEFENSE COUNCIL, and SIERRA CLUB,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No. 25-1176 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's order dated August 19, 2025, Petitioners Environmental Defense Fund, Environmental Integrity Project, Natural Resources Defense Council, and Sierra Club submit the following Certificate as to Parties, Rulings, and Related Cases.

1

## A. PARTIES

The parties, amici, and entities that intervened and will participate in these consolidated proceedings are as follows:

<u>Petitioners:</u> Environmental Defense Fund, Environmental Integrity Project, Natural Resources Defense Council, and Sierra Club

<u>Respondents:</u> Environmental Protection Agency and Lee Zeldin

<u>Intervenors:</u> There are presently no intervenors.

<u>Amici:</u> There are presently no amici.

## B. RULINGS UNDER REVIEW

The petitioners seek review of EPA's action titled "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Regulations Related to Project Emissions Accounting; Withdrawal of Proposed Rule," 90 Fed. Reg. 34,206 (July 21, 2025).

## C. RELATED CASES

This action under review has not previously been before this Court or any other court. There are four pending petitions in this Court that raise issues that are substantially the same as those presented here, all of which have been consolidated under *Environmental Defense Fund v.*

*EPA,* Case No. 18-1149 (consolidated with Case Nos. 21-1033, 21-1039 & 21-1259). The parties have moved to consolidate this case with those cases in their Joint Motion to Govern in *Environmental Defense Fund,* Case No. 18-1149 (Aug. 29, 2025) (Doc. 2132586). Counsel for petitioners is unaware of any other currently pending related cases within the meaning of DC Circuit Rule 28(a)(1)(C).

Respectfully submitted,

/s/ *Sanjay Narayan*
Sanjay Narayan
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
(415) 977-5769
sanjay.narayan@sierraclub.org

*Counsel for Sierra Club*

Vickie L. Patton
Surbhi Sarang
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7214
vpatton@edf.org
ssarang@edf.org

*Counsel for Environmental Defense Fund*

Keri N. Powell  
Southern Environmental Law Center  
10 10th Street NW, Suite 1050  
Atlanta, GA 30309  
(917) 573-8853  
kpowell@selc.org  

*Counsel for Sierra Club and Environmental Integrity Project*

John Walke  
Emily Davis  
Natural Resources Defense Council  
1152 15th St., NW, Ste. 300  
Washington, D.C. 20005  
(202) 289-6868  
jwalke@nrdc.org  
edavis@nrdc.org  

*Counsel for Natural Resources Defense Council*

Dated: September 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2025, the foregoing Certificate as to Parties, Rulings, and Related Cases has been served on all registered counsel through the Court's electronic filing system (ECF), or, with permission, via email.

Respectfully submitted,

<u>*/s/ Sanjay Narayan*</u><br>Sanjay Narayan