ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL INTEGRITY PROJECT, NATURAL RESOURCES DEFENSE COUNCIL, and SIERRA CLUB,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No. 25-1176 |

**PETITIONERS' NON-BINDING STATEMENT OF ISSUES**

Petitioners Environmental Defense Fund, Environmental Integrity Project, Natural Resources Defense Council, and Sierra Club preliminarily intend to present the following issues:

1. Whether EPA has implemented an interpretation of the Clean Air Act, in its memorandum titled "Project Emissions Accounting Under the New Source Review Preconstruction Permitting

1

Program," 83 Fed. Reg. 13,745 (Mar. 30, 2018), and its rule titled "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting," 85 Fed. Reg. 74,890 (Nov. 24, 2020), that reflects the single best reading of the Act's provisions, 42 U.S.C. §§ 7411(a)(4), 7475(a), 7479(2)(C), 7502(b)(5) & 7503.

2. Whether EPA acted arbitrarily and capriciously, or otherwise not in accordance with law, in promulgating its memorandum titled "Project Emissions Accounting Under the New Source Review Preconstruction Permitting Program," 83 Fed. Reg. 13,745 (Mar. 30, 2018), its rule titled "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting," 85 Fed. Reg. 74,890 (Nov. 24, 2020), and its withdrawal of the proposed rule titled "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Regulations Related to Project Emissions Accounting," 90 Fed. Reg. 34,206 (July 21, 2025).

Respectfully submitted,

*/s/Sanjay Narayan*
Sanjay Narayan
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
(415) 977-5769
sanjay.narayan@sierraclub.org

*Counsel for Sierra Club*


Keri N. Powell
Southern Environmental Law Center
10 10th Street NW, Suite 1050
Atlanta, GA 30309
(917) 573-8853
kpowell@selc.org

*Counsel for Sierra Club and Environmental Integrity Project*

Vickie L. Patton
Surbhi Sarang
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7214
vpatton@edf.org
ssarang@edf.org

*Counsel for Environmental Defense Fund*

John Walke
Emily Davis
Natural Resources Defense Council
1152 15th St., NW, Ste. 300
Washington, D.C. 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org

*Counsel for Natural Resources Defense Council*


Dated: September 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2025, the foregoing Petitioners' Non-Binding Statement of Issues has been served on all registered counsel through the Court's electronic filing system.

                                          Respectfully submitted,

                                          */s/Sanjay Narayan*
                                          Sanjay Narayan