ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL INTEGRITY PROJECT, NATURAL RESOURCES DEFENSE COUNCIL, and SIERRA CLUB,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No. 25-1176 |

**STATEMENT OF INTENT TO UTILIZE DEFERRED APPENDIX**

Petitioners Environmental Defense Fund, Environmental Integrity Project, Natural Resources Defense Council, and Sierra Club intend to use a deferred appendix pursuant to Federal Rule of Appellate Procedure 30(c) and Circuit Rule 30(c). Counsel for the respondent EPA and has agreed to the use of a joint appendix.

Respectfully submitted,

*/s/ Sanjay Narayan*

Sanjay Narayan
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
(415) 977-5769
sanjay.narayan@sierraclub.org

*Counsel for Sierra Club*

Keri N. Powell
Southern Environmental Law Center
10 10th St NW, Suite 1050
Atlanta, GA 30309
(917) 573-8853
kpowell@selc.org

*Counsel for Sierra Club and Environmental Integrity Project*

Vickie L. Patton
Surbhi Sarang
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7214
vpatton@edf.org
ssarang@edf.org

*Counsel for Environmental Defense Fund*

John Walke
Emily Davis
Natural Resources Defense Council
1152 15th St., NW, Ste. 300
Washington, D.C. 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org

*Counsel for Natural Resources Defense Council*

Dated: September 15, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2025 the foregoing Petitioners' Statement of Intent to Utilize Deferred Appendix has been served on all registered counsel through the Court's electronic filing system.

Respectfully submitted,

*/s/ Sanjay Narayan*
Sanjay Narayan