ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Environmental Defense Fund, Natural Resources Defense Council, and Sierra Club,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>U.S. Environmental Protection Agency and Michael S. Regan, in his capacity as Administrator, U.S. Environmental Protection Agency,<br><br>　　　　　Respondents. | No. 18-1149 (consolidated with Nos. 21-1033, 21-1039, and 21-1259) |

**NON-BINDING STATEMENT OF ISSUES OF GOVERNMENT PETITIONERS**

Petitioners State of New Jersey, State of Maryland, State of Minnesota, State of Oregon, State of Washington, the Commonwealth of Massachusetts, and the District of Columbia ("Government Petitioners") hereby submits their Non-Binding Statement of Issues regarding the Petition for Review challenging the Environmental Protection Agency's ("EPA") rule "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project

1

Emissions Accounting," 85 Fed. Reg. 74,890 (Nov. 24, 2020) ("PEA Rule"), under section 307 of the Clean Air Act, 42 U.S.C. § 7607. Without waiving any rights to submit additional or different issues, as set forth below, Government Petitioners intend to raise the following objections in support of their challenge to the PEA Rule:

1. EPA violated and exceeded its statutory authority under the Clean Air Act, as the PEA Rule allows for non de minimis increases in emissions of air pollutants and therefore is contrary to the statutory definition of "modification." 42 U.S.C. § 7411(a)(4).

2. EPA acted arbitrarily and capriciously by promulgating the PEA Rule, which allows regulated sources of air pollution to escape review under the Prevention of Significant Deterioration and New Source Review provisions of the Clean Air Act, 42 U.S.C. §§ 7470-7475; 7501-7501, and thereby increase emissions with no analysis of whether the source must install/update pollution control equipment.

Submitted on September 15, 2025

> FOR THE STATE OF NEW JERSEY
> MATTHEW J. PLATKIN
> Attorney General
>
> /s/ Lisa J. Morelli
> LISA J. MORELLI
> Deputy Attorney General

                                      New Jersey Division of Law
                                      25 Market Street
                                      Trenton, New Jersey 08625
                                      Tel: (609) 900-0782
                                      Email: Lisa.Morelli@law.njoag.gov

FOR THE DISTRICT OF COLUMBIA

BRIAN SCHWALB
CHIEF LEGAL OFFICER

*/s/ Chloe Pan*
CHLOE PAN
OFFICE OF THE SOLICITOR GENERAL
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
400 5th STREET, NW, SUITE 8100
WASHINGTON, D.C. 20001
(202) 724-1545
chloe.pan@dc.gov

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 ST. PAUL PLACE, 20th FLOOR
BALTIMORE, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us
*COUNSEL FOR THE STATE OF MARYLAND*

FOR THE STATE OF MASSACHUSETTS

ANDREA CAMPBELL
ATTORNEY GENERAL

*/s/ Jillian Meade Riley*
JILLIAN MEADE RILEY
ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MA 02102-1598
(617)963-2424
jillian.riley@mass.gov
*COUNSEL FOR THE COMMONWEALTH OF MASSACHUSETTS*

FOR THE STATE OF MINNESOTA

KEITH ELLISON
ATTORNEY GENERAL

*/s/ Peter Surdo*
PETER SURDO
SPECIAL ASSISTANT
ATTORNEY GENERAL
MINNESOTA OFFICE OF THE ATTORNEY GENERAL
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us
*COUNSEL FOR THE STATE OF MINNESOTA*

FOR THE STATE OF OREGON

DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
ATTORNEY-IN-CHARGE
STEVE NOVICK
SPECIAL ASSISTANT
ATTORNEY GENERAL
NATURAL RESOURCES SECTION
OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE3
SALAM, OR 97301-4096
(503) 947-4593
paul.garrahan@doj.state.or.us
steve.novick@doj.state.or.us
*COUNSEL FOR THE STATE OF OREGON*

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 40117
OLYMPIA, WA 98504
(360) 586-4614
chris.reitz@atg.wa.gov
*ATTORNEYS FOR THE STATE OF WASHINGTON*