ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Environmental Defense Fund, Natural Resources Defense Council, and Sierra Club,<br><br>Petitioners,<br><br>v.<br><br>U.S. Environmental Protection Agency and Michael S. Regan, in his capacity as Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | No. 18-1149 (consolidated with Nos. 21-1033, 21-1039, and 21-1259) |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

**(D.C. Cir. R. 28(a)(1) and Fed. R. App. P. 26.1**

Pursuant to D.C. Circuit Rule 28(a)(1) and Federal Rule of Appellate Procedure 26.1, petitioners State of New Jersey, State of Maryland, State of Minnesota, State of Oregon, State of Washington, the Commonwealth of Massachusetts, and the District of Columbia ("Government Petitioners") certify as follows:

A.   **Parties**

Government Petitioners are the State of New Jersey, State of Maryland, State of Minnesota, State of Oregon, State of Washington, the Commonwealth of Massachusetts, and the District of Columbia. Respondents are the U.S. Environmental Protection Agency ("EPA") and the United States.

Air Permitting Forum; American Coke and Coal Chemicals Institute; American Forest & Paper Association; American Fuel & Petrochemical Manufacturers; American Iron and Steel Institute; American Petroleum Institute; American Wood Council; Auto Industry Forum; Council of Industrial Boiler Owners; Portland Cement Association; American Chemistry Council, are Movant-Intervenors for Respondents.

B.   **Rulings under Review**

Government Petitioners seek review, pursuant to Clean Air Act § 307(b)(1), 42 U.S.C. § 7607(b)(1), Rule 15 of the Federal Rules of Appellate Procedures, and D.C. Circuit. Rule 15, of the final rule issued by the EPA titled "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting," ("PEA Rule") published in the Federal Register at 85 Fed. Reg. 74,890 (Nov. 24, 2020).

C.   **Related Cases**

In addition to review of the PEA Rule, Environmental Defense Fund, Environmental Integrity Project, Natural Resources Defense Council, and Sierra Club ("Environmental Petitioners"), seek review of (1) EPA's memorandum titled "Project Emissions Accounting Under the New Source Review Preconstruction Permitting Program," 83 Fed. Reg. 13745 (Mar. 30, 2018); (2) EPA's action "Denial of Petition for Reconsideration and Administrative Stay: 'Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Project Emissions Accounting,'" 86 Fed. Reg. 57585 (Oct. 18, 2021); and (3) EPA's withdrawal of the proposed rule titled "Prevention of Significant Deterioration (PSD) and Nonattainment New Source Review (NNSR): Regulations Related to Project Emissions Accounting," 90 Fed. Reg. 34206 (July 21, 2025). Environmental Petitioners have moved to consolidate the latter challenge with the first two.

Submitted on September 15, 2025

                                            FOR THE STATE OF NEW JERSEY
                                            MATTHEW J. PLATKIN
                                            Attorney General

                                            <u>/s/ Lisa J. Morelli</u>
                                            LISA J. MORELLI
                                            Deputy Attorney General
                                            New Jersey Division of Law
                                            25 Market Street
                                            Trenton, New Jersey 08625
                                            Tel: (609) 900-0782
                                            Email: Lisa.Morelli@law.njoag.gov

| | |
|---|---|
| FOR THE STATE OF MARYLAND<br><br>ANTHONY G. BROWN<br>ATTORNEY GENERAL<br><br>*/s/ Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN<br>ASSISTANT ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL OF MARYLAND<br>200 ST. PAUL PLACE, 20th FLOOR<br>BALTIMORE, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us<br>*COUNSEL FOR THE STATE OF MARYLAND*<br><br>FOR THE STATE OF MASSACHUSETTS<br><br>ANDREA CAMPBELL<br>ATTORNEY GENERAL<br><br>*/s/ Jillian Meade Riley*<br>JILLIAN MEADE RILEY<br>ASSISTANT ATTORNEY GENERAL<br>ENVIRONMENTAL PROTECTION DIVISION<br>OFFICE OF THE ATTORNEY GENERAL<br>ONE ASHBURTON PLACE<br>BOSTON, MA 02102-1598<br>(617)963-2424<br>jillian.riley@mass.gov<br>*COUNSEL FOR THE COMMONWEALTH OF MASSACHUSETTS* | FOR THE STATE OF MINNESOTA<br><br>KEITH ELLISON<br>ATTORNEY GENERAL<br><br>*/s/ Peter Surdo*<br>PETER SURDO<br>SPECIAL ASSISTANT<br>ATTORNEY GENERAL<br>MINNESOTA OFFICE OF THE ATTORNEY GENERAL<br>445 MINNESOTA STREET, SUITE 900<br>SAINT PAUL, MN 55101-2127<br>(651) 757-1061<br>peter.surdo@ag.state.mn.us<br>*COUNSEL FOR THE STATE OF MINNESOTA*<br><br>FOR THE STATE OF OREGON<br><br>DAN RAYFIELD<br>ATTORNEY GENERAL<br><br>*/s/ Paul Garrahan*<br>PAUL GARRAHAN<br>ATTORNEY-IN-CHARGE<br>STEVE NOVICK<br>SPECIAL ASSISTANT<br>ATTORNEY GENERAL<br>NATURAL RESOURCES SECTION<br>OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE3<br>SALAM, OR 97301-4096<br>(503) 947-4593<br>paul.garrahan@doj.state.or.us<br>steve.novick@doj.state.or.us<br>*COUNSEL FOR THE STATE OF OREGON* |

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 40117
OLYMPIA, WA 98504
(360) 586-4614
chris.reitz@atg.wa.gov
*ATTORNEYS FOR THE STATE OF WASHINGTON*


FOR THE DISTRICT OF COLUMBIA

BRIAN SCHWALB
CHIEF LEGAL OFFICER

*/s/ Chloe Pan*
CHLOE PAN
OFFICE OF THE SOLICITOR GENERAL
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
400 5th STREET, NW, SUITE 8100
WASHINGTON, D.C. 20001
(202) 724-1545
chloe.pan@dc.gov