# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 18-1149** | **September Term, 2025** |
| | EPA-83FR13745 |
| | EPA-85FR74890 |
| | EPA-86FR57585 |
| | EPA-90FR34206 |
| | **Filed On:** September 16, 2025 |

Environmental Defense Fund, et al.,

    Petitioners

  v.

Environmental Protection Agency and Lee M. Zeldin,

    Respondents

------------------------------

Consolidated with 21-1033, 21-1039, 21-1259, 25-1176

**O R D E R**

It is **ORDERED**, on the court's own motion, that the order issued earlier on September 16, 2025, be vacated to the extent it established deadlines for initial submissions that had been filed on September 15, 2025.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                 BY:   /s/
                          Emily Campbell
                          Deputy Clerk