ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

Environmental Defense Fund, Natural Resources Defense Council, and Sierra Club,

Petitioners,

v.

U.S. Environmental Protection Agency and Lee Zeldin, in his capacity as Administrator, U.S. Environmental Protection Agency,

Respondents.

No. 18-1149 (consolidated with Nos. 21-1033, 21-1039, and 21-1259)

**STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

**(D.C. Circuit Rule 13(b)(2) and Fed. R. App. P. 42(b)**

Pursuant to D.C. Circuit Rule 13(b)(2) and Federal Rule of Appellate Procedure 42(b), petitioners State of New Jersey, State of Maryland, State of Minnesota, State of Oregon, State of Washington, the Commonwealth of Massachusetts, and the District of Columbia ("Government Petitioners") hereby move the Court for an order dismissing the above-captioned appeal as to Government Petitioners in consolidated case no. 21-1033.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Submitted on October 29, 2025

FOR THE STATE OF NEW JERSEY
MATTHEW J. PLATKIN
Attorney General

/s/ Lisa J. Morelli
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
Tel: (609) 900-0782

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 ST. PAUL PLACE, 20th FLOOR
BALTIMORE, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us
*COUNSEL FOR THE STATE OF MARYLAND*

FOR THE STATE OF MINNESOTA

KEITH ELLISON
ATTORNEY GENERAL

*/s/ Peter Surdo*
PETER SURDO
SPECIAL ASSISTANT ATTORNEY GENERAL
MINNESOTA OFFICE OF THE ATTORNEY GENERAL
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us
*COUNSEL FOR THE STATE OF MINNESOTA*

FOR THE STATE OF MASSACHUSETTS

ANDREA CAMPBELL
ATTORNEY GENERAL

*/s/ Jillian Meade Riley*
JILLIAN MEADE RILEY
ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MA 02102-1598
(617)963-2424
jillian.riley@mass.gov
*COUNSEL FOR THE COMMONWEALTH OF MASSACHUSETTS*

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 40117
OLYMPIA, WA 98504
(360) 586-4614
chris.reitz@atg.wa.gov
*ATTORNEYS FOR THE STATE OF WASHINGTON*

FOR THE STATE OF OREGON

DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
ATTORNEY-IN-CHARGE
STEVE NOVICK
SPECIAL ASSISTANT
ATTORNEY GENERAL
NATURAL RESOURCES SECTION
OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE3
SALAM, OR 97301-4096
(503) 947-4593
paul.garrahan@doj.state.or.us
steve.novick@doj.state.or.us
*COUNSEL FOR THE STATE OF OREGON*

FOR THE DISTRICT OF COLUMBIA

BRIAN SCHWALB
ATTORNEY GENERAL

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
SOLICITOR GENERAL
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
400 6th STREET, NW, SUITE 8100
WASHINGTON, D.C. 20001
(202) 724-6609
chloe.pan@dc.gov